## ELIZABETH GRAZIOSO *v.* VICTORIA DEGOIA
## (13447)

O'CONNELL, FOTI and HENNESSY, Js.

Argued April 18—decision released May 16, 1995

*Joseph F. Trotta,* with whom, on the brief, were *William F. Gallagher* and *Cynthia C. Bott,* for the appellant (plaintiff).

*Robyn L. Sondak,* with whom, on the brief, was *Kirby G. Huget,* for the appellee (defendant).

PER CURIAM. The judgment is affirmed.